PROB 12C
(6/16)

Report Date: June 29, 2020

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ronald Alex Phillips | Case Number: 0980 1:15CR02033-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: October 27, 2015 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 180 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Resentence: November 14, 2016 | Prison - 60 months; TSR - 36 months |
| Asst. U.S. Attorney: | Ian Garriques |
| | Date Supervision Commenced: March 19, 2020 |
| Defense Attorney: | Rick Lee Hoffman |
| | Date Supervision Expires: March 18, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Phillips is alleged to have been arrested for Felony Harassment, Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.46.020. |
| | According to the Seattle Police Department (SPD) narrative report for incident 2020-198031, the following occurred: On June 26, 2020, at approximately 2 p.m., SPD responded to 3001 South Myrtle, Seattle, Washington, due to a domestic violence/threats call. Upon arrival, SPD spoke with the offender's twin brother and victim, Donald Phillips. |
| | The victim advised the offender claimed his jacket was missing and some money was inside the jacket. The victim told the offender he knew nothing about the jacket. The offender then became enraged and threatened to shoot and kill the victim. The offender repeated the threat about the victim to another family member, which the victim overheard. The victim was made aware of the offender possibly having a firearm and asked the offender about the existence of a firearm. The offender told the victim not to worry about where it was. |

Prob12C
**Re: Phillips, Ronald Alex**
**June 29, 2020**
**Page 2**

The victim left the residence fearing for his safety, as did other family members who were in the residence. The victim advised he took the threat seriously and believed the offender was capable of carrying out the threat as the offender had previously been in prison for gun crimes and has a history of violence.

SPD located the offender's vehicle and observed the offender exit the vehicle. SPD arrested the offender without incident. After the offender was arrested and advised of his Miranda Rights, he gave SPD consent to search his vehicle. SPD searched his vehicle and no firearm was located. The offender denied making threats to kill the victim. The offender also stated that upon his release from jail, he would call SPD to lie that his brother had threatened to kill him.

The offender is currently in King County Jail and refused to attend court on June 27, 2020. His next court date is scheduled for June 29, 2020.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/29/2020
Date